UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X

RAZOR ENTERPRISE, INC., ET AL.,

        Plaintiff(s),                            Index No. 2:11-CV-06788-ES-CLW

     -against-                                  AFFIDAVIT OF SERVICE

AEXIM USA INC., et al.

        Defendant(s).
------------------------------------------------------------X
STATE OF NEW JERSEY  )
                              S.S.:
COUNTY OF MIDDLESEX)

        ROBERT F. TAYLOR, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 3rd day of February, 2012, at approximately 8:42 am, deponent served a true copy of the Summons on Amended Complaint, Amended Complaint and Civil Cover Sheet upon AEXIM USA INC. c/o The State of New Jersey Department of the Treasury at 33 West State Street, Trenton, New Jersey, by personally delivering and leaving the same with Jane Smith, who informed deponent that she is an agent authorized by appointment to receive service at that address. Service was made on the State of New Jersey Department of the Treasury as the statutory agent in the absence of the registered agent. At the time of the service deponent paid the Department of Treasury a fee of $75.00 for said service.

        Jane Smith is a black female, approximately 46 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 170 pounds with black hair.

_[signature]_
ROBERT F. TAYLOR

Sworn to before me this
6th day of February, 2012

_[signature]_
NOTARY PUBLIC

DOLORES J. TAYLOR
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 4/28/2014