GIULIANO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**AFFIDAVIT OF SERVICE**



*151952*

Index no : 11-CV-06788

| Plaintiff(s): | RAZOR ENTERPRISE INC., AND RAZOR FREIGHT SERVICES, LTD. |
|---|---|
| Defendant(s): | AEXIM USA INC. |

ss.:

**Michael Payne**, the undersigned, being duly sworn, deposes and says that

On **06/17/2014** at **11:00 AM**, I served the within **Civil Cover Sheet; Summons on Amended Complaint; Second Amended Complaint; Rule 7.1 Statement** on **AEXIM USA INC.** at **STATE OF NEW JERSEY DEPARTMENT OF TREASURY, 50 BARRACK ST, Trenton, NJ 08608** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of said documents to **JAMIE ZOTTA, Managing Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **AEXIM USA INC.**, and the recipient responded in the affirmative.

A description of the Defendant(s), or other person served on behalf of the Defendant(s) is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 38 | 5ft0in-5ft3in | 131-160 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
__18__ __06__, 20__14__

X _____
Michael Payne
License#: 1307070
Bulldog Process Service LLC
118 East 28th Street Suite 307
New York, NY 10016
646-461-8386

Notary Public,

JEROMEY NELSON
Notary Public
State of New Jersey
My Commission Expires May 20, 2018